UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VS, a minor, by and through his litigation guardian ad litem, BRUCE T. CLARK,<br><br>Plaintiffs,<br><br>v.<br><br>WOOT, INC., a Texas corporation.,<br><br>Defendant. | No. C18-1335 RSM<br><br>**ORDER EXTENDING EXPERT DISCLOSURE AND RELATED DEADLINES** |

THIS MATTER came before the Court on the parties' Stipulated Motion to Extend Expert Disclosure Deadline. For the reasons set forth below, that motion is GRANTED.

## I. <u>FINDINGS</u>

In its November 8, 2018, Order Setting Trial Date and Related Dates (Dkt. #9), this Court set the present deadline for expert disclosures at April 24, 2019.

The parties have scheduled a mediation for April 30, 2019.

An extension of the expert disclosure deadline to May 30, 2019 will permit the parties to mediate before incurring the full burden and cost of expert disclosures. Accordingly, the deadlines for filing motions related to discovery and completion of discovery will each be extended.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## II. ORDER

Based on the above Findings, it is hereby ORDERED:

1. The Stipulated Motion to Extend Expert Disclosure and Related Deadlines is GRANTED.

2. The deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) is now May 30, 2019.

3. The deadline for filing motions related to discovery is now June 23, 2019.

4. The deadline for completion of discovery is now July 23, 2019.

DATED this 27th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING EXPERT DISCLOSURE
AND RELATED DEADLINES – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000