Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

V.S., a minor, by and through his litigation guardian ad litem, BRUCE T. CLARK,

Plaintiff,

v.

WOOT, INC., a Texas corporation,

Defendant.

NO. 2:18-cv-01335-RSM

ORDER GRANTING MOTION TO FILE DECLARATION UNDER SEAL

The Joint Motion to File Declaration Under Seal has come before the Court, and Court having considered the Joint Motion to File Declaration Under Seal and the Declaration of Steven D. Robinson Regarding Identity of Minor Plaintiff and the exhibit thereto, and the records and files herein, and finding good cause to file the Declaration of Steven D Robinson Regarding Identity of Minor Plaintiff and the exhibit thereto under seal,

It is hereby ORDERED:

1. The Motion to File Declaration Under Seal is Granted; and

2. The Declaration of Steven D. Robinson of Steven D. Robinson Regarding Identity of Minor Plaintiff and the exhibit thereto shall be filed under seal.

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

3. SIGNED this 24 day of June, 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL